1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  GARY BARBER,                                    CASE NO. CV-F-04-5058 OWW SMS P

10                            Plaintiff,           ORDER GRANTING MOTION FOR
                                                   EXTENSION OF TIME
11       v.
                                                   (Doc. 11)
12  A. SHIPLY, et al.,

13                            Defendants.
                                              /
14

15          Plaintiff Gary Barber ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16  in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 14, 2005, plaintiff filed a motion

17  seeking an extension of time to file objections to the Findings and Recommendations issued on

18  February 9, 2005.

19          Good cause having been shown, plaintiff's motion is GRANTED.  Plaintiff has **thirty (30)**

20  **days** from the date of service of this order within which to file objections to the Findings and

21  Recommendations.

22

23  IT IS SO ORDERED.

24  **Dated:    May 16, 2005**                 _____/s/ Sandra M. Snyder_____
      i0d3h8                                     UNITED STATES MAGISTRATE JUDGE
25

26

27

28