# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BARBER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. SHIPLY, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. CV-F-04-5058 OWW SMS P<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND FOR STAY, AND GRANTING PLAINTIFF THIRTY DAYS WITHIN WHICH TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 13) |

　　　Plaintiff Gary Barber ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 9, 2005, the court issued a Findings and Recommendations recommending this action be dismissed for failure to state any claims upon which relief may be granted.  On May 16, 2005, plaintiff was granted a thirty-day extension of time to file objections to the Findings and Recommendations.  On June 23, 2005, plaintiff filed a motion seeking the appointment of counsel and a stay of this action.

　　　The court cannot require an attorney to represent plaintiff.  <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991).  Without a reasonable method of securing and compensating counsel, this court will seek volunteer counsel only in the most serious and exceptional cases.  "A finding of exceptional circumstances requires an evaluation of both 'the

///

1

likelihood of success of the merits and the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved.'" <u>Terrell</u>, 935 F.2d at 1017 (citations omitted).

In the present case, the court does not find the required exceptional circumstances. In light of the pending recommendation to dismiss for failure to state any claims upon which relief may be granted, plaintiff is extremely unlikely to succeed on the merits. Further, based on a review of the record in this case, the court does not find that plaintiff cannot adequately articulate his claims. <u>Terrell</u>, 935 F.2d at 1017. Therefore, plaintiff's motion for the appointment of counsel shall be denied.

With respect to plaintiff's request for a stay, there are no grounds that support granting the request. A Findings and Recommendations has been issued. Plaintiff's recourse at this juncture is to file an objection if he disagrees with the recommendation. The court will grant plaintiff an additional thirty days to file objections, if plaintiff wishes to do so.

Based on the foregoing, plaintiff's motion for the appointment of counsel and for a stay, filed June 23, 2005, is DENIED, and plaintiff is GRANTED **thirty (30) days** from the date of service of this order to file objections, if any, to the Findings and Recommendations issued on February 9, 2005.

IT IS SO ORDERED.

**Dated:   June 24, 2005**                  **/s/ Sandra M. Snyder**
i0d3h8                                      UNITED STATES MAGISTRATE JUDGE